*IN THE UNITED STATES DISTRICT COURT*

FOR THE DISTRICT OF SOUTH CAROLINA

Case No.: 3:23-563

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | **MOTION TO BE RELIEVED** |
| | ) | |
| | ) | |
| Booker Tyrell Henley | ) | |
| | ) | |
| Defendant | ) | |

Attorney Seth Rose, legal counsel for Booker Henley hereby moves this Honorable Court

to be relieved as Counsel for the Defendant.

s/Seth Rose_____
Seth Cole Rose #11034
1528 Blanding Street
Columbia, South Carolina 29201
seth@sethroselaw.com
803.361.2360

December 5 ,2023

https://ecf.scd.uscourts.gov/cgi-bin/DktRpt.pl?284246

1