IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

UNITED STATES OF AMERICA      )
                                )        CRIMINAL NO. 3:23-00563
      v.                   )
                                )        GOVERNMENT'S DEMAND
BOOKER TYRELL HENLEY      )        FOR NOTICE OF ALIBI

Pursuant to FED. R. CRIM. P. 12.1(a), the United States through its undersigned attorney demands that the Defendant serve within ten (10) days upon the undersigned attorney written notice of intention to offer a defense of alibi stating the specific place or places where the Defendant claims to have been at the time of the alleged offense(s), and the names and addresses of whom the Defendant intends to rely upon to establish such alibi.

(1)    The Government submits that it intends to prove that between the hours of 2:58 a.m. and 3:00 a.m. on March 10, 2023, the Defendant was around the area of Sonic Drive-In, located at 8821 Farrow Road, Columbia, South Carolina, where the offenses alleged in Counts 1, 2, and 3 of the Indictment were committed;

(2)    The Government submits that it intends to prove that between the hours of 3:01 a.m. and 3:06 a.m. on March 10, 2023, the Defendant was around the area of East Bay Deli, located at 2708 Clemson Road, Columbia, South Carolina, where the offense alleged in Counts 1, 2, and 3 of the Indictment were committed.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *s/ Lamar Fyall*
Lamar Fyall (Fed. ID # 13629)
Elizabeth Major
Assistant U.S. Attorneys
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone (803) 929-3000
lamar.fyall@usdoj.gov

February 1, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

UNITED STATES OF AMERICA          )
                                  )          CRIMINAL NO. 3:23-cr-563
                                  )
          v.                      )
                                  )
BOOKER TYRELL HENLEY              )

**Certification Pursuant to Local
Rule 12.02 by the United States**

Pursuant to Rule 12.02, Local Rules for the District of South Carolina, the United States certifies that consultation with opposing counsel would serve no useful purpose.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *s/ Lamar Fyall*
Lamar Fyall (Fed. ID # 13629)
Elizabeth Major
Assistant U.S. Attorneys
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone (803) 929-3000
lamar.fyall@usdoj.gov

February 1, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

UNITED STATES OF AMERICA      )
                )      CRIMINAL NO. 3:23-cr-563
                )
      v.             )
                )
BOOKER TYRELL HENLEY      )

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the District of South Carolina, Columbia, South Carolina, and as attorney of record, on February 1, 2024, I caused to be served a true and correct copy of **GOVERNMENT'S DEMAND FOR NOTICE OF ALIBI and Certification of Consultation with Counsel** in the above-captioned case, via the court's e-noticing system, but if that means failed, then by regular United States Mail, postage paid, on the following person:

> Allen Burnside
> Federal Public Defender's Office
> 1901 Assembly Street
> Columbia, SC 29201

> Respectfully submitted,

> ADAIR F. BOROUGHS
> UNITED STATES ATTORNEY

> By: *s/ Lamar Fyall*
> Lamar Fyall (Fed. ID # 13629)
> Elizabeth Major
> Assistant U.S. Attorneys
> 1441 Main Street, Suite 500
> Columbia, South Carolina 29201
> Telephone (803) 929-3000
> lamar.fyall@usdoj.gov